**ANDREW K. NIETOR**
California Bar No. 208784
110 West C Street, Suite 707
San Diego, California 92101
Telephone: (619) 794-2386

FILED
DEC 14 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 05CR2078-LAB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT GALINDO, JR., ) | |
| ) | SUBSTITUTION OF ATTORNEY |
| Defendant. ) | |
| ) | |

    Robert Galindo, Jr., above-named defendant, hereby substitutes Andrew K. Nietor as his attorney of record. Previous counsel is relieved of all responsibility in this case.

DATED: 12/12/06

_____
Robert Galindo, Jr.

DATED: 12/12/06

_____
Andrew Nietor, substituting attorney

DATED: 12/14/06

_____
Mahir Sherif, current attorney

//

05cr2078-LAB

1 | SO ORDERED,
2 | DATED: 12/14/06

_____
Hon. Jan Adler
United States Magistrate Judge